FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 22, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAY LIU and JAY KING,<br><br>Plaintiffs,<br><br>v.<br><br>IQ DATA INTERNATIONAL, INC.,<br><br>Defendant. | No.   4:19-cv-05287-SMJ<br><br>**ORDER DISMISSING CASE** |

On May 20, 2020, Plaintiffs filed a notice of voluntary dismissal, ECF No. 8. Defendant IQ Data International, Inc., which has filed an Answer, ECF No. 4, did not sign the filing. *See* ECF No. 8. As such, leave of the Court is required for Plaintiffs to dismiss this action, and the Court construes Plaintiffs' filing as a motion to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(2). Having reviewed the motion and the file in this matter, the Court finds good cause to grant the construed motion.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Plaintiffs' construed motion to dismiss this action with prejudice, **ECF No. 8**, is **GRANTED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to

bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

    **4.**    All hearings and other deadlines are **STRICKEN**.

    **5.**    The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of May 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge